1  MORGAN, LEWIS & BOCKIUS LLP
   JOSEPH J. COSTELLO *(admitted pro hac vice)*
2  jcostello@morganlewis.com
   BRIAN T. ORTELERE *(admitted pro hac vice)*
3  bortelere@morganlewis.com
   JAMIE M. KOHEN, CA State Bar No. 217726
4  jkohen@morganlewis.com
   1701 Market Street
5  Philadelphia, PA 19103
   Tel: 215.963.5295/5150/5472
6  Fax: 215.963.5001

7  MORGAN, LEWIS & BOCKIUS LLP
   JULIE E. LIEBENBERG, State Bar No. 238185
8  jliebenberg@morganlewis.com
   300 South Grand Avenue
9  Twenty-Second Floor
   Los Angeles, CA 90071-3132
10 Tel: 213.612.2500
   Fax: 213.612.2501

11

12 Attorneys for Defendants

13

14                    UNITED STATES DISTRICT COURT

                      CENTRAL DISTRICT OF CALIFORNIA

15

16 | MARK RENFRO and GERALD LUSTIG, individually and on behalf of all those similarly situated, | Case No. CV 06-8268 (FMC)(PFMx) |
   |---|---|
17 | | Hon. Florence-Marie Cooper |
18 | Plaintiffs, | |
   | | **[PROPOSED] ORDER ON** |
19 | vs. | **DEFENDANTS' MOTION TO TRANSFER VENUE** |
20 | UNISYS CORPORATION, UNISYS CORPORATION EMPLOYEE BENEFITS ADMINISTRATIVE COMMITTEE, UNISYS CORPORATION SAVINGS PLAN MANAGER, PENSION INVESTMENT REVIEW COMMITTEE, FIDELITY MANAGEMENT TRUST COMPANY, and FIDELITY RESEARCH AND MANAGEMENT COMPANY, | |
21 | | Date: April 9, 2007 |
   | | Time: 10:00 a.m. |
22 | | Courtroom: 750 |
23 | | Complaint filed: December 28, 2006 |
   | | Trial Date: None set |
24 | | |
   | | [28 U.S.C. § 1404(a)] |
25 | | |
26 | Defendants. | |

27

28

1-LA/929741.1

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

[FILED stamps: MAY 23 2007, MICHAEL E. KUNZ, Clerk; APR 17 2007, US District Court, Central District of California; ENTERED APR 19 2007, Clerk, U.S. District Court, Central District of California]

After reviewing and considering Defendants' Motion to Transfer Venue, any opposition thereto, and the pleadings and records on file herein, and any argument of counsel.

**IT IS HEREBY ORDERED** that Defendants' Motion to Transfer be granted.

**IT IS FURTHER ORDERED** that the matter be transferred to the United States District Court for the Eastern District of Pennsylvania.

**IT IS SO ORDERED.**

Dated: April 17, 2007

**Honorable Florence-Marie Cooper**

Respectfully submitted by:

Julie E. Liebenberg
MORGAN, LEWIS & BOCKIUS LLP
Attorneys for Defendants

1-LA/929741.1