# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK RENFRO, et al.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 07-2098** |
| | : | |
| **UNISYS CORPORATION, et al.** | : | |

## ORDER

**AND NOW**, this 5TH day of October, 2007, it is **ORDERED**, pursuant to Local Rule of Civil Procedure 23.1(c), that Plaintiffs' Uncontested Motion for Relief from Local Rule 23.1(c) Deadlines (docket no. 26) is **GRANTED** and that the October 15, 2007 deadline for the Plaintiffs' Motion for Class Certification is continued.[1] It is **FURTHER ORDERED** that the parties shall develop a proposed discovery and briefing plan and shall submit to the Court, on or before November 5, 2007, a joint Memorandum establishing proposed deadlines for the submission of Plaintiffs' Motion for Class Certification, discovery deadlines relevant to this Motion, and deadlines for responses to this Motion. Upon review of the parties' Memorandum, the Court will issue an Order setting forth the deadlines for submission of the Motion, discovery, and responses to the Motion.

**BY THE COURT:**

_____
**S/ BRUCE W. KAUFFMAN**
**BRUCE W. KAUFFMAN, J.**

---

[1] Local Rule 23.1(c) requires Plaintiffs to file the Motion for Class Certification within 90 days of filing the Complaint. This deadline may be extended, however, "on motion of good cause." In the instant case, Plaintiffs' Uncontested Motion for Relief represents that no discovery has yet begun and that such discovery is necessary to file the Motion for Class Certification.