IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK RENFRO and GERALD LUSTIG, as representatives of a class of similarly situated persons, and on behalf of the Plan, Plaintiffs, vs. UNISYS CORPORATION, UNISYS CORPORATION EMPLOYEE BENEFITS ADMINISTRATIVE COMMITTEE, UNISYS CORPORATION SAVINGS PLAN MANAGER, PENSION INVESTMENT REVIEW COMMITTEE, FIDELITY MANAGEMENT TRUST COMPANY, FIDELITY MANAGEMENT & RESEARCH COMPANY, and FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY, INC., Defendants. | Civil Action No. 07-2098<br><br>Honorable Bruce W. Kauffman |

**APPENDIX TO UNISYS DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR RELIEF PURSUANT TO RULE 56(f) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

## TABLE OF CONTENTS

Exhibit 1    November 21, 2006 letter from Joseph Teklits, Esq. to Heather Lea, Esq. with all enclosures

Exhibit 2    Plaintiffs' Complaint, filed 12/23/06