**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARK RENFRO, *et al.,* | ) | |
| | ) | **Case No.:  2:07-2098-BWK** |
| | ) | |
| **Plaintiffs;** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNISYS CORPORATION, *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS'**
**OPPOSITION TO FIDELITY DEFENDANTS' MOTION TO DISMISS AND IN**
**SUPPORT OF PLAINTIFFS' MOTION FOR RELIEF**
**PURSUANT TO RULE 56(F)**

Plaintiffs submit this Notice of Supplemental Authority in support of their Opposition to

Fidelity Defendants' Motion to Dismiss and Plaintiffs' Motion for Relief Pursuant to Rule 56(f)

of the Federal Rules of Civil Procedure.

On July 16, 2008, Judge Stephen Wilson denied defendants' Motion to Dismiss in a case

alleging similar breaches of fiduciary duty by 401(k) plan sponsors and administrators. *Tibble v.*

*Edison Int'l,* No. CV 07-5359 SVW (C.D. Cal. July 16, 2008).[1]  Attached as Exhibit A.  The

*Edison* court's analysis will considerably inform the issues presented here.

For reasons stated in Plaintiffs' prior briefings and those expressed in *Tibble v. Edison*

*Int'l,* Fidelity Defendants' Motion to Dismiss should be denied.  Further, Unisys Defendants'

Motion for Summary Judgment should be denied without prejudice or, in the alternative,

Plaintiffs' Motion for Relief Pursuant to Rule 56 (f) should be granted.

---

[1] The Order granted the Motion to Dismiss in part on one count against two of the defendants, but granted Plaintiffs leave to amend the complaint in accordance with Rule 12(b)(6).  P 15-16.

2

Respectfully Submitted,

SCHLICHTER, BOGARD & DENTON

_s/Troy A. Doles_____
Jerome J. Schlichter
Troy A. Doles (admitted *pro hac vice*)
100 South Fourth Street
Suite 900
St. Louis, MO 63102
Tel:    314-621-6115
Fax:    314-621-7151
Lead Counsel for Plaintiffs


Theodore H. Jobes
Fox Rothschild LLP
2000 Market Street, Tenth Floor
Philadelphia, PA 19103
Tel:    215-299-2786
Fax:    215-299-2150
Local Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that on July 28, 2008, a copy of the above was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Joseph J. Costello
jcostello@morganlewis.com
Brian T. Ortelere
boretelere@morganlewis.com
Jamie M. Kohen
jkohen@morganlewis.com
1701 Market Street
Philadelphia, PA 19103
Tel: 215.963.5295/5150/5472
Fax: 215.963.5001
Counsel for the Unisys Defendants

Stephen Harburg
Shannon Barrett
Stephen Brody
O'Melveny & Myers
1625 Eye Street, NW
Washington, DC 20006
Tel: 202.383.5300
Fax: 202.383.5414
Counsel for FMTC, FMRCo and FIIOC

John S. Summers (PA ID No. 41854)
HANGLEY ARONCHICK SEGAL & PUDLIN
One Logan Square
27th Floor
Philadelphia, PA 19103-6933
Telephone: (215) 568-6200
Fax: (215) 568-0300
Counsel for FMTC, FMRCo and FIIOC

_____s/Troy A. Doles_____
Counsel of Record