IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK RENFRO, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNISYS CORPORATION, et al., | : | No. 07-2098 |
| Defendants. | : | |

## Order

AND NOW, this **8th** day of **October**, **2009**, it is hereby **ORDERED** that:

1. The Motion for Summary Judgment filed by Unisys Corporation et al. (Document No. 11) is **DENIED as moot without prejudice to refile.**

2. The Motion to Dismiss filed by Fidelity Management Trust Company et al. (Document No. 13) is **DENIED as moot without prejudice to refile.**

3. Plaintiffs' Motion for Relief Pursuant to Rule 56(f) (Document No. 20) is **DENIED as moot.**

BY THE COURT:

_____
**Berle M. Schiller, J.**