IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK RENFRO, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNISYS CORPORATION, et al., | : | No. 07-2098 |
| Defendants. | : | |

## Order

**AND NOW**, this **26th** day of **April**, **2010**, upon consideration of Fidelity Defendants' Motion to Dismiss, Unisys Defendants' Motion to Dismiss or in the Alternative Motion for Summary Judgment, all responses thereto and replies thereon, the April 1, 2010 oral argument on these motions, and for the reasons stated in the Court's Memorandum dated April 26, 2010 it is hereby **ORDERED** that:

1. The Fidelity Defendants' Motion to Dismiss (Doc. No. 88) is **GRANTED.**

2. The Unisys Defendants' Motion to Dismiss or in the Alternative Motion for Summary Judgment (Doc. No. 89) is **GRANTED.**

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**