UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK RENFRO *et al.*, | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| v. | ) | |
| | ) | No. 07-2098 |
| UNISYS CORPORATION *et al.*, | ) | |
| Defendants. | ) | |

**PLAINTIFFS' NOTICE OF APPEAL**

Plaintiffs Mark Renfro and Gerald Lustig appeal to the United States Circuit Court for the Third Circuit from the District Court's final judgment in the Order dated April 26, 2010 [Doc. 111] and Memorandum dated April 26, 2010 [Doc. 110].

SCHLICHTER, BOGARD & DENTON

By: /s/ Troy A. Doles
　　Jerome J. Schlichter
　　Michael A. Wolff　　　　　　　　　　　Theodore H. Jobes
　　Troy A. Doles　　　　　　　　　　　　　Fox Rothschild LLP
　　100 South Fourth Street, Suite 900　　　2000 Market Street, Tenth Floor
　　St. Louis, MO 63102　　　　　　　　　Philadelphia, PA 19103
　　Tel: 314-621-6115　　　　　　　　　　Tel: 215-299-2786
　　Fax: 314-621-7151　　　　　　　　　　Fax: 215-299-2150

Lead Counsel for Plaintiffs　　　　　　　　Local Counsel for Plaintiffs

1

CERTIFICATE OF SERVICE

On May 19, 2010, this document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

| | |
|---|---|
| Joseph J. Costello | Bob Eccles |
| Brian T. Ortelere | Stephen Harburg |
| Jamie M. Kohen | Shannon Barrett |
| Morgan Lewis & Bockius | Stephen Brody |
| 1701 Market Street | O'Melveny & Myers |
| Philadelphia, PA 19103 | 1625 Eye Street, NW |
| | Washington, DC 20006 |
| | |
| | John S. Summers |
| | Hangley Aronchick Segal & Pudlin |
| | One Logan Square, 27th Floor |
| | Philadelphia, PA 19103-6933 |

/s/ Troy A. Doles