UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 10-2447

MARK RENFRO; GERALD LUSTIG,
AS REPRESENTATIVES OF A CLASS OF SIMILARLY
SITUATED PERSONS, AND ON BEHALF OF THE PLAN

v.

UNISYS CORPORATION;
UNISYS CORPORATION EMPLOYEE
BENEFIT ADMINISTRATIVE COMMITTEE;
UNISYS CORPORATION SAVINGS PLAN MANAGER;
PENSION INVESTMENT REVIEW COMMITTEE;
FIDELITY MANAGEMENT TRUST COMPANY;
FIDELITY MANAGEMENT AND
RESEARCH COMPANY;
FIDELITY INVESTMENTS INSTITUTIONAL
OPERATIONS COMPANY, INC;
J.P. BOLDUC; MATTHEW J. ESPE; GAIL D. FOSLER;
RANDALL J. HOGAN; CLAYTON M. JONES;
CLAY B. LIFLANDER; THEODORE E. MARTIN;
CHARLES B. McQUADE; FMR LLC

Mark Renfro; Gerald Lustig,
Appellants

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
D.C. Civil Action No. 07-cv-02098
(Honorable Berle M. Schiller)

Argued March 7, 2011

Before: SCIRICA, AMBRO and VANASKIE, Circuit Judges.

## JUDGMENT

This cause came to be heard on the record from the United States District Court for the Eastern District of Pennsylvania and was argued by counsel on March 7, 2011. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the order of the District Court entered April 27, 2010, be, and the same is hereby affirmed. Costs taxed against appellants. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

DATED: September 12, 2011

Costs taxed in favor of Appellees, in the amount of $195.17.

Certified as a true copy and issued in lieu of a formal mandate on September 12, 2011

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**